IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY LEE STEWART, | No. C 10-02960 JF (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| SAN QUENTIN STATE PRISON, et al., | |
| Defendants. | |

On July 2, 2010, Plaintiff filed a complaint in pro se pursuant to 42 U.S.C. § 1983, and an application to proceed in forma pauperis. However, the application was insufficient because Plaintiff failed to submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer of the institution. (Docket No. 2.) On the same day, the clerk of the Court sent Plaintiff a notice advising him that the action would be dismissed if he did not submit the missing documentation or pay the full filing fee within thirty days of the notice. (See Docket No. 3.) Plaintiff filed another application to proceed in forma pauperis on July 21, 2010, which was also deficient because it did not include the Certificate of Funds. In the interest of justice, the Court granted Plaintiff an extension of time on July 21, 2010, to submit the missing documentation to avoid dismissal of this action within

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.10\Stewart02960_dism-ifp.wpd

thirty days of the order. The deadline has passed, and Plaintiff has failed to file the necessary document to complete his in forma pauperis application.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

The clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 10/12/10

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKY LEE STEWART,

        Plaintiff,

  v.

SAN QUENTIN STATE PRISON, et al.,

        Defendants.

                                       /

Case Number: CV10-02960 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  10/25/10 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky Lee Stewart K91574
Deuel Vocation Institution
P.O. Box 600 #238
Tracy, CA 95378

Dated:  10/25/10

                                          Richard W. Wieking, Clerk